**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

# Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding      12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Cinque Terre Financial Group Limited

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN)  __ __ – __ __ __ __ __ __ __

   ☑ Other 1469529 . Describe identifier  BVI Company Number .

   For individual debtors:

   ☐ Social Security number: xxx – xx– __ __ __ __

   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  Stuart C E Mackellar

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Claim No. : BVIHC(COM) 139 of 2015

5. **Nature of the foreign proceeding**

   Check one:

   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Copy of Liquidation Order

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

Debtor    **Cinque Terre Financial Group Limited**    Case number *(if known)*_____
         Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

   (i)  all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   Country where the debtor has the center of its main interests:

   **British Virgin Islands**

   Debtor's registered office:

   **Craigmuir Chambers**
   Number    Street

   **PO Box 71**
   P.O. Box

   **Road Town**
   City    State/Province/Region    ZIP/Postal Code

   **British Virgin Islands**
   Country

   Individual debtor's habitual residence:

   **Craigmuir Chambers**
   Number    Street

   **PO Box 71**
   P.O. Box

   **Road Town**
   City    State/Province/Region    ZIP/Postal Code

   **British Virgin Islands**
   Country

   Address of foreign representative(s):

   **2nd Floor, Palm Grove House**
   Number    Street

   **PO Box 4571**
   P.O. Box

   **Road Town**
   City    State/Province/Region    ZIP/Postal Code

   **British Virgin Islands**
   Country

10. **Debtor's website (URL)**    N/A

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual *(check one)*:

       ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☐ Other. Specify: _____

    ☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor   Cinque Terre Financial Group Limited                    Case number (if known)_____
              Name

### 12. Why is venue proper in this district?

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Assets in the U.S. & Debtor is subject an action in this District

### 13. Signature of foreign representative(s)

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_                                 S C E Mackellar
Signature of foreign representative             Printed name

Executed on   04/27/2016
              MM / DD / YYYY

✗ _____           _____
Signature of foreign representative             Printed name

Executed on   _____
              MM / DD / YYYY

### 14. Signature of attorney

✗ _[signature]_                                 Date   04/27/2016
Signature of Attorney for foreign representative        MM / DD / YYYY

Eugene F. Getty
Printed name
Kellner Herlihy Getty & Friedman, LLP
Firm name
470 Park Avenue South, 7N
Number    Street
New York                                         NY           10016
City                                             State        ZIP Code

(212) 889-2821                                   efg@khgflaw.com
Contact phone                                    Email address

2318558                                          NY
Bar number                                       State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3