UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                              Chapter 15

CINQUE TERRE FINANCIAL GROUP              Case No. 16-11086 (JLG)
LIMITED,

Debtor in a
Foreign Proceeding.
--------------------------------------------------------x


NOTICE OF EXAMINATION PURSUANT TO FEDERAL RULES
OF BANKRUPTCY PROCEDURE 2004 AND NOTICE OF SUBPOENA


**TO:**     Bancredito International Bank
            250 Muñoz Rivera Avenue,
            14th Floor, Suite 1410
            San Juan, Puerto Rico, 00901


**EXAMINEE**: Bancredito International Bank


**DATE & TIME OF RESPONSE:** June 10, 2016 at 10:00 a.m.


**PLACE OF PRODUCTION:**              Kellner Herlihy Getty & Friedman LLP
                                      470 Park Avenue South, 7N
                                      New York, New York 10016


**ALTERNATE PLACE OF PRODUCTION:** Veritext
                                   c/o Marty McArver Realtime Reporting
                                   530 Avenida De La Constitucion
                                   260 The Atrium Office Center
                                   San Juan, Puerto Rico 00901

**DOCUMENTS TO BE PRODUCED**: See Exhibit A attached hereto and made a part
hereof.  Documents may be delivered by mail to the above address so long as they are
received by the Examination Date.


         **PLEASE TAKE NOTICE** that pursuant to the Order granting in part Ex Parte Relief
and Scheduling Further Hearing Regarding Provisional Relief Under Section 1519 of the
Bankruptcy Code (Docket No. 9), entered by the Bankruptcy Court for the Southern
District of New York (the "Court") on May 16, 2016 in the above-captioned bankruptcy
case (the "Order") Bancredito International Bank is to,

(i)      Produce for copying and inspection the documents specified on Exhibit A,
         attached hereto and incorporated by reference herein as provided under Federal
         Rule of bankruptcy Procedure 2004 at the offices of Kellner Herlihy Getty &
         Friedman, 470 Park Avenue South, 7N, New York, New York 10061 and time of
         the examination set forth above.
(ii)     If unable to appear at the Place of Production, appear at the alternate place of
         production, Veritext, c/o Marty McArver Realtime Reporting, 530 Avenuda De La
         Constitucion, 260 The Atrium Office Center, San Juan, Puerto Rico, 00901.

The examination above referenced shall be with respect to those matters described in Federal Bankruptcy Rule of Procedure 2004(b).

**PLEASE TAKE FURTHER NOTICE,** that the undersigned intends to serve a subpoena (the "Subpoena") in accordance with the Order upon an authorized represenative at the address listed above, and as otherwise provided in the Order, which Subpoena will request the production of documents specified on the attached Exhibit A.

Dated May 19, 2016

KELLNER HERLIHY GETTY & FRIEDMAN, LLP

By: _____/s/_____

Eugene F. Getty
470 Park Avenue South, 7th Floor
New York, New York 10016-6819
Tel. No. (212) 889-2121
efg@khgflaw.com
Attorneys for the Foreign Representative

Counsel:
Gregory S. Grossman, Esq.
ASTIGARRAGA DAVIS MULLINS & GROSSMAN P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Tel: (305) 372-8282
Fax: (305) 372-8202
E-Mail: ggrossman@astidavis.com

## EXHIBIT A

**DOCUMENTS REQUESTED:  PRODUCE COPIES OF THE FOLLOWING:**

1.      Copies of all contracts, agreements, purchase orders, invoices, or other business or financial transaction documents between you and Cinque Terre Financial Group, Limited, CT Energy Partners II C.V., CT Energia, Ltd., CT PT, Inc. S.A., Cinque Terre Energy Partners, LLC, Cinque Terre Holdings, Inc., Cinque Terre Bunkering, or CT Energia, S.A. in the last six (6) years.

2.      Copies of all communications, in the last six (6) years between you and Cinque Terre Financial Group, Limited, CT Energy Partners II C.V., CT Energia, Ltd., CT PT, Inc. S.A., Cinque Terre Energy Partners, LLC, Cinque Terre Holdings, Inc., Cinque Terre Bunkering, or CT Energia, S.A.

3.      Copies of all documents concerning payments in the last six (6) years between you and Cinque Terre Financial Group, Limited, CT Energy Partners II C.V., CT Energia, Ltd., CT PT, Inc. S.A., Cinque Terre Energy Partners, LLC, Cinque Terre Holdings, Inc., Cinque Terre Bunkering, or CT Energia, S.A.