UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                              Chapter 15

CINQUE TERRE FINANCIAL GROUP          Case No. 16-11086 (JLG)
LIMITED,

Debtor in a
Foreign Proceeding.
----------------------------------------------------------x

RE-NOTICE OF EXAMINATION PURSUANT TO FEDERAL RULES
OF BANKRUPTCY PROCEDURE 2004 AND NOTICE OF SUBPOENA

**To:**   Mark G. Walker
          6237 Inwood Drive
          Houston, TX 77057

**EXAMINEE**: Mark G. Walker

**DATE & TIME OF EXAMINATION:** August 16, 2016 at 10:00 a.m.

**DATE & TIME OF PRODUCTION:** August 9, 2016 at 10:00 a.m.

**PLACE OF EXAMINATION:** Tate Young Law Firm
                          1177 West Loop South, Suite 1600
                          Houston, TX 77027

**DOCUMENTS TO BE PRODUCED**: See Exhibit A attached hereto and made a part hereof.  Documents may be delivered by mail to the above address so long as they are received by the Examination Date.

**PLEASE TAKE NOTICE** that pursuant to the Order granting in part Ex Parte Relief and Scheduling Further Hearing Regarding Provisional Relief Under Section 1519 of the Bankruptcy Code (Docket No. 47), entered by the Bankruptcy Court for the Southern District of New York (the "Court") on May 17, 2016 in the above-captioned bankruptcy case (the "Order") Mark G. Walker is to,

(i)    appear for examination under oath before an officer authorized to administer oaths in the State of Florida at the offices of Tate Young Law Firm/ 1177 West Loop South, Suite 1600, Houston, TX 77027, and
(ii)   Produce for copying and inspection the documents specified on Exhibit A, attached hereto and incorporated by reference herein as provided under Federal Rule of bankruptcy Procedure 2004 at the place and time of the examination set forth above.

The examination above referenced shall be with respect to those matters described

in Federal Bankruptcy Rule of Procedure 2004(b).

**PLEASE TAKE FURTHER NOTICE,** that the undersigned intends to serve a subpoena (the "Subpoena") in accordance with the Order upon Mark G. Walker at the address listed above, and as otherwise provided in the Order, which Subpoena will request the production of documents specified on the attached Exhibit A.

Dated July 26, 2016

                            KELLNER HERLIHY GETTY & FRIEDMAN, LLP

                            By: _____

                              Eugene F. Getty
                            470 Park Avenue South, 7th Floor
                            New York, New York 10016-6819
                            Tel. No. (212) 889-2121
                            efg@khgflaw.com
                            Attorneys for the Foreign Representative

Counsel:
Gregory S. Grossman, Esq.
ASTIGARRAGA DAVIS MULLINS & GROSSMAN P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Tel: (305) 372-8282
Fax: (305) 372-8202
E-Mail: ggrossman@astidavis.com

**EXHIBIT A**

**DOCUMENTS REQUESTED: PRODUCE COPIES OF THE FOLLOWING:**

1. All documents of Cinque Terre Financial Group Limited or any subsidiary (whether direct or indirect) of Cinque Terre Financial Group Limited ("Cinque Terre"), in your possession, custody, or control.

2. Documents sufficient to identify any logon-information and passwords necessary to access any files or documents of Cinque Terre including but not limited to all computer files or network-stored documents of Cinque Terre.

3. Without limiting the generality of the foregoing, all accounting books and records of Cinque Terre including general ledgers, Quickbooks or Quicken files, accounts receivable or payables journals or reports, balance sheets, income statements, profit/loss statements, statement of cash flows, budgets, check or bank account reconciliations, and all vendor files.

4. All email communications made on behalf of Cinque Terre, its current or former officers, directors, managers, and employees during the Relevant Time Period.

5. All documents related to Cinque Terre in your possession, custody, or control.

6. Documents sufficient to identify the location of any documents over which Cinque Terre has possession, custody, or control.

7. Documents sufficient to identify the name and location of all persons employed by Cinque Terre during the Relevant Time Period.

8. Document sufficient to identify the name and location of all lawyers, accountants, financial managers, auditors, consultants, and agents Cinque Terre has or

had during the Relevant Time Period.

9. Documents sufficient to identify any assets of Cinque Terre or the location of any assets of Cinque Terre during the Relevant Time Period, including without limitation, ownership interests in other entities.