PETROPERU

FIRST ORIGINAL

SCAC UNIQUE CODE: HTFRC6YL8100317

BILL OF LADING

Shipped in apparent good order and condition by PETROPERU S.A on board the... **BAHAMAS** FLAG
ship " GOTLAND MARIEANN " where of EDROZO VINCENT F. is master; now at the port of TALARA - PERU
a quantity said to be :

| PRODUCT : VIRGIN NAPHTHA | NET |
|---|---|
| METRIC TONS........... | 27,597.248 |
| LONG TONS ............ | 27,161.955 |
| U.S. BARRELS AT 60 °F ............ | 240,066.73 |
| U.S. GALLONS ............ | 10,082,802.66 |
| CUBIC METERS AT 60 °F ............ | 38,141.802 |
| SPECIFIC GRAVITY AT 60 °F ............ | 0.7245 |
| API GRAVITY AT 60 °F........... | 63.8 |

To be delivered at the port of ANY SAFE PORTS IN KOREA or so near thereto, as the vessel can
safely get, always afloat, unto **TO THE ORDER OF CINQUE TERRE FINANCIAL GROUP. LTD.**
on payment of freight at the rate of FREIGHT PAYABLE AS PER CHARTER PARTY
This shipment is carried under and pursuant to the terms of the Contract............... AS AGREED.................
between............SHIPOWNERS ............and ........................BUYERS............. as charterers, and all ....the terms.
whatsoever of the said Contract except the rate and payment of freight specified therein apply to and govern
the rights of the parties concerned in this shipment.
In witness whereof, the master has signed ..........THREE (3).......Bills of Lading of this tenor and date, any one of
which being accomplished, all others will be void.

**NOTIFYING PARTY: SK ENERGY AMERICAS, INC. 11700 KATY FREEWAY., SUITE 900 HOUSTON, TX 77079 - USA**

Dated at ...TALARA .PERU, this 15 th of MARCH 2017

B/L TO SHOW SHIPPED IN APPARENT GOOD ORDER AND CONDITION BY SHIPPER PETROPERU S.A

CLEAN ON BOARD

PETROPERU S.A

TO THE ORDER OF
ELEMENTO LTD.

MASTER

GOTLAND MARIEANN
IMO NO 9375575
NASSAU

Av.Enrique Canaval Moreyra N° 150-LIMA 27,Peru
TELFS:(511)2117800/6148000
FAX:(511)6145020
Portal Empresarial: htpp://www.petroperu.com.pe
Sociedad inscrita en la Partida N° 11014754 del Registro de Personas Juridicas

**EXHIBIT B**

To THE ORDER OF SK ENERGY AMERICAS, INC.

ELEMENTO, LTD
R85 St John Street
Valletta, VLT1165
Eleme
Malta



PETROPERU

SECOND ORIGINAL

SCAC UNIQUE CODE:  HTFRC6YL8100317

BILL OF LADING

Shipped in apparent good order and condition by PETROPERU S.A on board the ... **BAHAMAS** FLAG ship " **GOTLAND MARIEANN** "where of EDROZO VINCENT F. is master; now at the port of TALARA - PERU a quantity said to be :

| PRODUCT : | VIRGIN NAPHTHA | NET |
|---|---|---|
| METRIC TONS | | 27,597.248 |
| LONG TONS | | 27,161.955 |
| U.S. BARRELS AT 60 °F | | 240,066.73 |
| U.S. GALLONS | | 10,082,802.66 |
| CUBIC METERS AT 60 °F | | 38,141.802 |
| SPECIFIC GRAVITY AT 60 °F | | 0.7245 |
| API GRAVITY AT 60 °F | | 63.8 |

To be delivered at the port of ANY SAFE PORTS IN KOREA or so near thereto, as the vessel can safely get, always afloat, unto **TO THE ORDER OF CINQUE TERRE FINANCIAL GROUP. LTD.** on payment of freight at the rate of FREIGHT PAYABLE AS PER CHARTER PARTY

This shipment is carried under and pursuant to the terms of the Contract.................. AS AGREED.................... between.............SHIPOWNERS..........and.........BUYERS............as charterers, and all ....the terms. whatsoever of the said Contract except the rate and payment of freight specified therein apply to and govern the rights of the parties concerned in this shipment.

In witness whereof, the master has signed ..........THREE (3)........Bills of Lading of this tenor and date, any one of which being accomplished, all others will be void.

**NOTIFYING PARTY: SK ENERGY AMERICAS, INC. 11700 KATY FREEWAY., SUITE 900 HOUSTON, TX 77079 - USA**

Dated at ...TALARA .PERU, this 15 th of MARCH 2017

B/L TO SHOW SHIPPED IN APPARENT GOOD ORDER AND CONDITION BY SHIPPER PETROPERU S.A

CLEAN ON BOARD

PETROPERU S.A

TO THE ORDER OF ELEMENTO LTD.

MASTER

GOTLAND MARIEANN
MASTER
IMO NO
9375575
NASSAU

Av.Enrique Canaval Moreyra N° 150-LIMA 27.Peru
TELFS:(511)2117800/6148000
FAX:(511)6145020
Portal Empresarial: http://www.petroperu.com.pe
Sociedad Inscrita en la Partida N° 11014754 del Registro de Personas Juridicas

To THE ORDER OF S.E. ENERGY AMERICAS, INC.

CFO - DIRECTOR

ELEMENTO, LTD.
85 St John Street
Valletta, VLT1165
Malta

ELEMENTO LTD.
"TO THE ORDER OF"

PETROPERÚ

THIRD ORIGINAL

SCAC UNIQUE CODE: HTFRC6YL8100317

BILL OF LADING

Shipped in apparent good order and condition by PETROPERU S.A on board the...**BAHAMAS** FLAG ship " GOTLAND MARIEANN " where of EDROZO VINCENT F. is master, now at the port of TALARA - PERU a quantity said to be :

| PRODUCT :: VIRGIN NAPHTHA | NET |
|---|---|
| METRIC TONS.............. | 27,597.248 |
| LONG TONS ............... | 27,161.955 |
| U.S. BARRELS AT 60 °F ............ | 240,066.73 |
| U.S. GALLONS .......... | 10,082,802.66 |
| CUBIC METERS AT 60 °F ........... | 38,141.802 |
| SPECIFIC GRAVITY AT 60 °F ........ | 0.7245 |
| API GRAVITY AT 60 °F................ | 63.8 |

To be delivered at the port of ANY SAFE PORTS IN KOREA or so near thereto, as the vessel can safely get, always afloat, unto **TO THE ORDER OF CINQUE TERRE FINANCIAL GROUP. LTD.** on payment of freight at the rate of FREIGHT PAYABLE AS PER CHARTER PARTY

This shipment is carried under and pursuant to the terms of the Contract................... AS AGREED.................... between.............SHIPOWNERS ...............and ................BUYERS............ as charterers, and all .....the terms. whatsoever of the said Contract except the rate and payment of freight specified therein apply to and govern the rights of the parties concerned in this shipment.

In witness whereof, the master has signed .........THREE (3)........Bills of Lading of this tenor and date, any one of which being accomplished, all others will be void.

**NOTIFYING PARTY: SK ENERGY AMERICAS, INC. 11700 KATY FREEWAY., SUITE 900 HOUSTON, TX 77079 - USA**

Dated at ...TALARA .PERU, this 15 th of MARCH 2017

B/L TO SHOW SHIPPED IN APPARENT GOOD ORDER AND CONDITION BY SHIPPER PETROPERU S.A

CLEAN ON BOARD

TO THE ORDER OF ELEMENTO LTD.

Av.Enrique Canaval Moreyra N° 150-LIMA 27.Peru
TELFS:(511)2117800/6148000
FAX:(511)6145020
Portal Empresarial: htpp://www.petroperu.com.pe
Sociedad Inscrita en la Partida N° 11014754 del Registro de Personas Juridicas

To the order of SK Energy Americas, Inc.

CFO - Director

ELEMENTO, LTD.
85 St John Street
Valletta, VLT1165
Malta

ELEMENTO LTD
TO THE ORDER OF

PETROPERU

NON NEGOTIABLE

SCAC UNIQUE CODE: HTFRC6YL8100317

**BILL OF LADING**

Shipped in apparent good order and condition by PETROPERU S.A on board the...**BAHAMAS** FLAG
ship " GOTLAND MARIEANN " where of EDROZO VINCENT F. is master; now at the port of TALARA - PERU
a quantity said to be :

| PRODUCT : VIRGIN NAPHTHA | NET |
|---|---|
| METRIC TONS............ | 27,597.248 |
| LONG TONS ............ | 27,161.955 |
| U.S. BARRELS AT 60 °F ............ | 240,066.73 |
| U.S. GALLONS ............ | 10,082,802.66 |
| CUBIC METERS AT 60 °F ............ | 38,141.802 |
| SPECIFIC GRAVITY AT 60 °F ............ | 0.7245 |
| API GRAVITY AT 60 °F............ | 63.8 |

To be delivered at the port of ANY SAFE PORTS IN KOREA or so near thereto, as the vessel can
safely get, always afloat, unto **TO THE ORDER OF CINQUE TERRE FINANCIAL GROUP. LTD.**
on payment of freight at the rate of FREIGHT PAYABLE AS PER CHARTER PARTY
This shipment is carried under and pursuant to the terms of the Contract.............. AS AGREED............
between..............SHIPOWNERS ............and ...............BUYERS........ as charterers, and all ....the .terms.
whatsoever of the said Contract except the rate and payment of freight specified therein apply to and govern
the rights of the parties concerned in this shipment.
In witness whereof, the master has signed ..........THREE (3)......Bills of Lading of this tenor and date, any one of
which being accomplished, all others will be void.

**NOTIFYING PARTY: SK ENERGY AMERICAS, INC. 11700 KATY FREEWAY., SUITE 900 HOUSTON, TX 77079 - USA**

Dated at ...TALARA .PERU, this 15 th of MARCH 2017

B/L TO SHOW SHIPPED IN APPARENT GOOD ORDER AND CONDITION BY SHIPPER PETROPERU S.A

CLEAN ON BOARD

TO THE ORDER OF
ELEMENTO LTD.

Av.Enrique Canaval Moreyra N° 150-LIMA 27,Peru
TELFS:(511)21178000/6148000
FAX:(511)6145020
Portal Empresarial: hipp://www.petroperu.com.pe
Sociedad Inscrita en la Partida N° 11014754 del Registro de Personas Juridicas



PETROPERU

NON NEGOTIABLE

SCAC UNIQUE CODE: HTFRC6YL81O0317

BILL OF LADING

Shipped in apparent good order and condition by PETROPERU S.A on board the...**BAHAMAS** FLAG ship " GOTLAND MARIEANN " where of EDROZO VINCENT F. is master; now at the port of TALARA - PERU a quantity said to be :

| PRODUCT : | VIRGIN NAPHTHA | NET |
|---|---|---|
| METRIC TONS............ | ............... | 27,597.248 |
| LONG TONS ............ | ............... | 27,161.955 |
| U.S. BARRELS AT 60 °F | ............... | 240,066.73 |
| U.S. GALLONS ...... .. ...... | ............... | 10,082,802.66 |
| CUBIC METERS AT 60 °F | ............... | 38,141.802 |
| SPECIFIC GRAVITY AT 60 °F | ............... | 0.7245 |
| API GRAVITY AT 60 °F........... | ............... | 63.8 |

To be delivered at the port of ANY SAFE PORTS IN KOREA or so near thereto, as the vessel can safely get, always afloat, unto **TO THE ORDER OF CINQUE TERRE FINANCIAL GROUP. LTD.** on payment of freight at the rate of FREIGHT PAYABLE AS PER CHARTER PARTY
This shipment is carried under and pursuant to the terms of the Contract.................. AS AGREED .......................
between...............SHIPOWNERS ..........and .................................BUYERS............ as charterers, and all .....the .terms. whatsoever of the said Contract except the rate and payment of freight specified therein apply to and govern the rights of the parties concerned in this shipment.
In witness whereof, the master has signed ...........THREE (3)........Bills of Lading of this tenor and date, any one of which being accomplished, all others will be void.
**NOTIFYING PARTY: SK ENERGY AMERICAS, INC. 11700 KATY FREEWAY, SUITE 900 HOUSTON, TX 77079 - USA**

Dated at ...TALARA .PERU, this 15 th of MARCH 2017

B/L TO SHOW SHIPPED IN APPARENT GOOD ORDER AND CONDITION BY SHIPPER PETROPERU S.A

CLEAN ON BOARD

PETROPERU S.A.

TO THE ORDER OF ELEMENTO LTD.

MASTER

GOTLAND MARIEANN
IMO NO 9375575
NASSAU

Av. Enrique Canaval Moreyra N° 150-LIMA 27, Peru
TELFS:(511)2117800/6148000
FAX:(511)6145020
Portal Empresarial: hipp://www.petroperu.com.pe
Sociedad Inscrita en la Partida N° 11014754 del Registro de Personas Jurídicas



PETROPERU

NON NEGOTIABLE

SCAC UNIQUE CODE: HTFRC6YL8100317

## BILL OF LADING

Shipped in apparent good order and condition by PETROPERU S.A on board the ..**BAHAMAS** FLAG ship " GOTLAND MARIEANN " where of EDROZO VINCENT F. is master; now at the port of TALARA - PERU a quantity said to be :

| PRODUCT : | VIRGIN NAPHTHA | NET |
|---|---|---|
| METRIC TONS.............. | ................... | 27,597.248 |
| LONG TONS ................ | ................... | 27,161.955 |
| U.S. BARRELS AT 60 °F .............. | ................... | 240,066.73 |
| U.S. GALLONS .......... ... ....... | ................... | 10,082,802.66 |
| CUBIC METERS AT 60 °F | ................... | 38,141.802 |
| SPECIFIC GRAVITY AT 60 °F | ................... | 0.7245 |
| API GRAVITY AT 60 °F.............. | ................... | 63.8 |

To be delivered at the port of ANY SAFE PORTS IN KOREA or so near thereto, as the vessel can safely get, always afloat, unto **TO THE ORDER OF CINQUE TERRE FINANCIAL GROUP. LTD.** on payment of freight at the rate of FREIGHT PAYABLE AS PER CHARTER PARTY This shipment is carried under and pursuant to the terms of the Contract .................. AS AGREED............... between.............SHIPOWNERS ............and .................BUYERS............ as charterers, and all ....the .terms. whatsoever of the said Contract except the rate and payment of freight specified therein apply to and govern the rights of the parties concerned in this shipment. In witness whereof, the master has signed ...........THREE (3).......Bills of Lading of this tenor and date, any one of which being accomplished, all others will be void.

**NOTIFYING PARTY: SK ENERGY AMERICAS, INC. 11700 KATY FREEWAY, SUITE 900 HOUSTON, TX 77079 - USA**

Dated at ...TALARA .PERU, this 15 th of MARCH 2017

B/L TO SHOW SHIPPED IN APPARENT GOOD ORDER AND CONDITION BY SHIPPER PETROPERU S.A

CLEAN ON BOARD

PETROPERU S.A

**TO THE ORDER OF ELEMENTO LTD.**

MASTER

GOTLAND MARIEANN
MASTER
IMO NO
9375575
NASSAU

Av. Enrique Canaval Moreyra N° 150-LIMA 27, Peru
TELFS:(511)2117800/6148000
FAX:(511)6145020
Portal Empresarial: http://www.petroperu.com.pe
Sociedad Inscrita en la Partida N° 11014754 del Registro de Personas Juridicas



PETROPERU

NON NEGOTIABLE

SCAC UNIQUE CODE: HTFRC6YL8100317

**BILL OF LADING**

Shipped in apparent good order and condition by PETROPERU S.A on board the...**BAHAMAS** FLAG
ship " GOTLAND MARIEANN " where of  EDROZO VINCENT F. is master;  now at the port of TALARA - PERU
a quantity said to be :

| PRODUCT : | VIRGIN NAPHTHA | NET |
|---|---|---|
| METRIC TONS............ | ............... | 27,597.248 |
| LONG TONS ............ | ............... | 27,161.955 |
| U.S. BARRELS AT 60 °F ............... | ............... | 240,066.73 |
| U.S. GALLONS ............ ... ...... | ............... | 10,082,802.66 |
| CUBIC METERS AT 60 °F ............... | ............... | 38,141.802 |
| SPECIFIC GRAVITY AT 60 °F ............... | ............... | 0.7245 |
| API GRAVITY AT 60 °F................ | ............... | 63.8 |

To be delivered at the port of ANY SAFE PORTS IN KOREA  or so near thereto, as the vessel can
safely get, always afloat, unto **TO THE ORDER OF CINQUE TERRE FINANCIAL GROUP. LTD.**
on payment of freight at the rate of FREIGHT PAYABLE AS PER CHARTER PARTY
This shipment is carried under and pursuant to the terms of the Contract.................... AS AGREED....................
between....................SHIPOWNERS ............and ....................BUYERS........... as charterers, and all .....the .terms.
whatsoever of the said Contract except the rate and payment of freight specified therein apply to and govern
the rights of the parties concerned in this shipment.
In witness whereof, the master has signed ...........THREE (3).......Bills of Lading of this tenor and date, any one of
which being accomplished, all others will be void.

**NOTIFYING PARTY: SK ENERGY AMERICAS, INC. 11700 KATY FREEWAY., SUITE 900 HOUSTON, TX 77079 - USA**

Dated at ...TALARA .PERU, this 15 th of MARCH  2017

B/L TO SHOW SHIPPED IN APPARENT GOOD ORDER AND CONDITION BY SHIPPER PETROPERU S.A

CLEAN ON BOARD

PETROPERU S.A

TO THE ORDER O
ELEMENTO LTD.

GOTLAND MARIEANN
MASTER
IMO NO
9375575
NASSAU

Av.Enrique Canaval Moreyra N° 150-LIMA 27,Peru
TELFS:(511)2117800/6148000
FAX:(511)6145020
Portal Empresarial: http://www.petroperu.com.pe
Sociedad Inscrita en la Partida N° 11014754 del Registro de Personas Juridicas





PETRÓLEOS DEL PERÚ - PETROPERÚ S.A.
OPERACIONES   TALARA

## CERTIFICATE OF ORIGIN
------------------------------------------------

THE UNDERSIGNED PETROLEOS DEL PERU S.A. NOROESTE TALARA-PERU:

DECLARE  THAT  THE  MERCHANDISE  DESIGNED  BELOW  AND  SHIPPED  ON  BOARD
MT **" GOTLAND MARIEANN "** OF BAHAMAS FLAG, SAILED  FROM  TALARA, PERU  ON  THE
MARCH  15 th  2017  WITH  BILL  OF LADING  MADE  OUT  **TO THE  ORDER  OF CINQUE TERRE F
FINANCIAL GROUP. LTD.**
DESTINATION:              ANY SAFE PORTS IN KOREA

IS A PRODUCT OF PERUVIAN ORIGIN
----------------------------------------------------------------------

| DESCRIPTION MERCHANDISE | BARRELS | U.S. GALLONS | LONG TONS | METRIC TONS | CUBIC METERS |
|---|---|---|---|---|---|
| NET: | 240,066.73 | 10,082,802.66 | 27,161.955 | 27,597.248 | 38,141.802 |

VIRGIN NAPHTHA

TALARA-PERU    MARCH  15 th,  2017

OMAR DUEÑAS C.
Shipping Office Superviser

ELEMENTO

| ELEMENTO, LTD. | PROVISIONAL INVOICE | AMOUNT |
|---|---|---|
| Invoice # | ELE_SKEA03292017 | |
| Date: | March 29th, 2017 | |
| Seller: | ELEMENTO, LTD.<br>85 St. John Street<br>Valletta, VLT1165<br>Malta | |
| Buyer: | SK Energy Americas, Inc.<br>11700 Katy Freeway, Mailbox 121,<br>Suite 900<br>Houston, Texas 77079 | |
| Product: | VIRGIN NAPHTHA | |
| Unit Price | PLATTS UNL 87 MEAN WATERBONE - 10.75 USD/BL | |
| Payment: | PAYMENT IN USD 2, (TWO) NEW YORK BUSINESS DAY AFTER PRESENTATION OF THE ORGINAL BILLS OF LADING AT SKEA OFFICES IN LONDON. | |
| Payment date: | April 1, 2017 | |
| Seller's banking information: | WIRE INSTRUCTIONS:<br><br>BANK:              CITIBANK N.A. – NY, USA<br>SWIFT:            CITIUS33<br><br>FOR ACCOUNT OF:   GNB SUDAMERIS BANK, S.A.<br>SWIFT:            GNBKPAPA<br>ACCOUNT #:        36784978<br><br>FOR CREDIT TO:    ELEMENTO, LTD.<br>ACCOUNT #:        24356467 | |
| Amount Due: | SEE CALUCULATION BELOW | $  12.720.271,78 |



## MASTER'S RECEIPT OF DOCUMENTS

| REPORT. | PER-611/17-564 |
| --- | --- |
| CUSTOMER | PETROPERU S.A. / CTE Ltd |
| PORT/ TERMINAL | BERTH 1 - TALARA |
| PRODUCT | VIRGIN NAPHTHA |

| VESSEL | M/T GOTLAND MARIEANN |
| --- | --- |
| CUSTOMER REF. | SSVI-VCD-0701-2017 |
| DATE | March 16th ,2017 |
| VOYAGE | 58 |

The Master of the Vessel acknowledge receipt for the documents listed below issued during the Loading
Operations of the product above mentioned which has been loaded on board the vessel at this port :

| No. of Copies | DESCRIPTION OF DOCUMENTS |
| --- | --- |
| 1 | MASTER'S RECEIPT FOR DOCUMENTS |
| 1 | BEFORE LOADING KEY MEETING CHECK LIST |
| 1 | TIME SHEET |
| 1 | VESSEL 'S CARGO TANKS HISTORY |
| 1 | VESSEL'S EXPERIENCE FACTOR REPORT |
| 1 | O.B.Q. REPORT |
| 1 | ULLAGES AFTER LOADING REPORT |
| 1 | PUMPING RATE REPORT |
| - | CERTIFICATE OF QUANTITY |
| - | CERTIFICATE OF QUALITY (shore & Vessel) |
| 1 | SAMPLES REPORT |
| 1 | BUNKER SURVEY REPORT / INITIAL (FUEL OIL / DIESEL OIL) |
| 1 | BUNKER SURVEY REPORT / FINAL (FUEL OIL / DIESEL OIL) |
| - | LETTER OF APPARENT DISCREPANCY |
| 1 | LETTER OF PROTEST |
| | |
| | |
| | |
| | |
| | |
| | |

*As designated by the Customer

KEHN JOHN PEREMNE / Chief Officer
VESSEL REPRESENTATIVE



GIUSSEPI BENITES C. / Coordinator
INSPECTORATE SERVICES PERU S.A.C

FORMATO:FOB-205 REV.03-11