**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-11086 (JLG) |
| CINQUE TERRE FINANCIAL GROUP LIMITED, ) | Chapter 15 |
| ) | |
| Debtor in a Foreign Proceeding. ) | NOTICE OF APPEARANCE |
| ) | OF ANDREW ST. LAURENT |

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Richard Rothenberg.

Dated:  August 29, 2017
        New York, New York

By:

*/s/ Andrew St. Laurent*
Andrew St. Laurent
HARRIS, ST. LAURENT
& CHAUDHRY LLP
40 Wall Street, 53rd Floor
New York, NY 10005
Telephone: 646-248-6010
Facsimile: 212-202-6206
E-mail: andrew@sc-harris.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 29, 2017, I electronically transmitted the foregoing document to the clerk of the Court using the CM/ECF system for filing. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.



*/s/ Andrew St. Laurent*