UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
http://www.nysb.uscourts.gov/

In re:

CINQUE TERRE FINANCIAL
GROUP LIMITED,

        Debtor in a Foreign Proceeding.
_____/

Case No:   16-11086 (JLG)
Chapter 15

## NOTICE OF PRESENTMENT

Stuart Mackellar, not individually but solely in his capacity as the duly appointed liquidator ("Liquidator") of Cinque Terre Financial Group Limited ("Debtor") respectfully requests this court to enter an order on Presentment on the Motion to Approve Substitution of Foreign Representative and states as follows:

1. The objection deadline is May 11, 2018.

2. The presentment date is May 14, 2018.

WHEREFORE, the Liquidator respectfully requests this Court to enter the proposed order attached hereto as **Exhibit "A"** granting the Motion to Approve Substitution of Foreign Representative, and granting any other relief the Court deems just and proper.

By:    */s/ Gregory S. Grossman*
        Gregory S. Grossman, Esq.
        Admitted *Pro Hac Vice*
        SEQUOR LAW, P.A.
        1001 Brickell Bay Drive, 9th Floor
        Miami, Florida 33131
        Tel: (305) 372-8282
        Fax: (305) 372-8202
        E-Mail: ggrossman@sequorlaw.com

Local Counsel:
Eugene F. Getty, Esq.
KELLNER HERLIHY GETTY
& FRIEDMAN, LLP
470 Park Avenue South, 7th Floor
New York, New York 10016-6819
Tel. No. (212) 889-2121
E-Mail: efg@khgflaw.com

Attorneys for the Foreign Representative

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on April 13, 2018.

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Evan W Bolla    ewbolla@sc-harris.com
- Priya Chaudhry    priya@sc-harris.com
- Donald L. Flexner    dflexner@bsfllp.com
- Eugene F. Getty    efg@khgflaw.com; efg@khgflaw.com; ovp@khgflaw.com
- Jeffrey R. Gleit    jgleit@sandw.com; gschlack@sandw.com; bcooley@sandw.com; aweiss@sandw.com; nkoslof@sandw.com; tkethro@sandw.com
- Warren E. Gluck    warren.gluck@hklaw.com; Barbra.Parlin@hklaw.com; elvin.ramos@hklaw.com; glenn.huzinec@hklaw.com
- Randall W. Jackson    rjackson@bsfllp.com
- Christopher R. Nolan    christopher.nolan@hklaw.com; elvin.ramos@hklaw.com; glenn.huzinec@hklaw.com
- Byron Pacheco    bpacheco@bsfllp.com
- Barbra R. Parlin    barbra.parlin@hklaw.com; elvin.ramos@hklaw.com; glenn.huzinec@hklaw.com
- J. Stephen Simms    jssimms@simmsshowers.com; dmhnat@simmsshowers.com; mjmonopolis@simmsshowers.com
- Andrew St. Laurent    andrew@sc-harris.com
- United States Trustee    USTPRegion02.NYECF@USDOJ.GOV

F:\WDOX\CLIENTS\10250\1001\00269993.DOCX

*EXHIBIT "A"*

SEQUOR LAW, P.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
http://www.nysb.uscourts.gov/

In re:

CINQUE TERRE FINANCIAL
GROUP LIMITED,

    Debtor in a Foreign Proceeding.

_____/

Case No:   16-11086 (JLG)
Chapter 15

**ORDER GRANTING MOTION TO SUBSTITUTE FOREIGN
REPRESENTATIVE FOR CINQUE TERRE FINANCIAL GROUP LIMITED**

**THIS CAUSE** came before the Court on the Motion To Substitute Foreign Representative For Cinque Terre Financial Group Limited (the "Motion") filed by Stuart Mackellar, not individually but solely in his capacity as the duly appointed liquidator of Cinque Terre Financial Group Limited.  D.E. 173.  The Court has reviewed the Motion and the record on this matter.  Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Motion is granted and Paul Pretlove, is substituted as the Foreign Representative for the insolvency estate of Cinque Terre Financial Group Limited, the debtor in a foreign proceeding, in the above-captioned matter.

Dated: New York, NY
       March ____, 2018

                              Honorable James L. Garrity, Jr.
                              United States Bankruptcy Judge

WDOX\CLIENTS\10250\1001\00281318.DOCX