**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-11086 (JLG) |
| **CINQUE TERRE FINANCIAL GROUP LIMITED** | **)** | |
| | ) | Chapter 15 |
| *Debtor in a Foreign Proceeding* | ) | |
| —————————————————————— | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appears as attorney for Paul Pretlove in

his capacity as Foreign Representative of the Debtor and that all notices given or required to

be given in this case and all papers, documents, or any other thing served or required to be

served be given to and served upon:

> Markus A. Stadler
> Martin Kenney & Co.
> Third Floor, Flemming House
> P.O. Box 4740
> Road Town
> Tortola VG1110
> British Virgin Islands
> Telephone: (284) 494-2444
> Fax: (284) 494-3313
> Email: mstadler@mksolicitors.com

PLEASE ALSO TAKE NOTICE that the undersigned appears as an additional attorney

for the Foreign Representative of the Debtor and does not replace any other attorney in this

case, and nothing in this Notice of Appearance and Request for Service supersedes any similar

Notice of Appearance and Request for Service previously given by the Foreign Representative

of the Debtor and/or his attorneys.

April 12, 2021

*/s/ Markus A. Stadler*
Markus A. Stadler
*Attorney for the Foreign Representative*

MARTIN KENNEY & CO.
P. O. Box 4740
Road Town
Tortola VG1110
British Virgin Islands
Telephone: (284) 494-2444
Fax: (284) 494-3313
mstadler@mksolicitors.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all other CM/ECF participants in this case.